| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (323) 452-5600 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR  Plaintiff | | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| PLAINTIFF/PETITIONER: VPR Brands, LP | | |
| DEFENDANT/RESPONDENT: Flumgio Technology Inc | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>2:24-cv-07009 |
| **Declaration of Service** | | Ref. No. or File No:<br>26688 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**COMPLAINT FOR PATENT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED); SUMMONS IN A CIVIL ACTION; ORDER GRANTING ALTERNATE SERVICE OF PROCESS [12]**

On: **FLUMGIO TECHNOLOGY INC**

I served the summons at:

**1500 11th St  Sacramento, CA 95814**

On: **10/28/2024**        Time: **12:23 PM**

In the above mentioned action  by personally serving to and leaving with

**Liliana Singleton,  Deputy Secretary of State  -  Designated to Receive Service of Process at California Secretary of State**
($50 Statutory Fee Payable to California Secretary of State PAID at the time of service)

Person attempting service:

  a. Name: **Katrina Williams**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **99.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Katrina Williams        Date: **11/01/2024**

Declaration of Service        Invoice #: 10653000