Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Layla T. Nguyen (admitted pro hac vice)
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.826.6924 – Telephone
layla.nguyen@sriplaw.com

*Counsel for Plaintiff VPR Brands, LP*

Hongchang Deng
**SHM Law Firm**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
M: +8618681567690
Deng.hongchang@shm.law

*Counsel for Defendant Flumgio Technology Inc*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>              Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>              Defendant. | Case No.:  2:24-cv-07009-CBM-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  **10/28/2024**<br>Current response date: **11/18/2024**<br>New response date: **12/18/2024**<br><br>The Honorable Consuelo B. Marshall |

1
2
3
4

       Plaintiff VPR BRANDS, LP ("VPR"), and Defendant FLUMGIO TECHNOLOGY INC ("Flumgio") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

5

       WHEREAS, VPR filed its Complaint on August 19, 2024 at ECF 1;

6
7

       WHEREAS, Flumgio was served, via alternate service of process by e-mailing a copy of the Summons and the Complaint on October 28, 2024 (ECF 15);

8
9

       WHEREAS, Flumgio requests an additional thirty (30) days to respond to VPR's Complaint, up to and including December 18, 2024;

10
11

       WHEREAS, this is the Parties first request for an extension of time for Flumgio to respond to VPR's Complaint;

12
13
14

       WHEREAS, this extension of time for Flumgio to respond will not extend the time by more than a cumulative total of thirty (30) days from the date the response would have initially been due.

15
16

       IT IS HEREBY STIPULATED that Flumgio shall have up to and including December 18, 2024 to respond to VPR's Complaint.

17

DATED:  November 12, 2024       Respectfully submitted,

18
19
20
21
22

/s/ Matthew L. Rollin       /s/ Hongchang Deng
MATTHEW L. ROLLIN       HONGCHANG DENG
LAYLA T. NGUYEN       **SHM Law Firm**
**SRIPLAW, P.A.**       *Counsel for Defendant Flumgio*
*Counsel for Plaintiff VPR Brands LP*   *Technology Inc*

23
24
25
26
27
28

STIPULATION       CASE NO.: 2:24-cv-07009-CBM-MAA

1

## ATTESTATION

2

3
Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4
*/s/ Matthew L. Rollin*

5
MATTHEW L. ROLLIN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION                                                        CASE NO.: 2:24-cv-07009-CBM-MAA