Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Layla T. Nguyen (admitted pro hac vice)
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.826.6924 – Telephone
layla.nguyen@sriplaw.com

*Counsel for Plaintiff VPR Brands, LP*

Hongchang Deng
**SHM Law Firm**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
M: +8618681567690
Deng.hongchang@shm.law

*Counsel for Defendant Flumgio Technology Inc*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>　　　　　　Defendant. | Case No.:  2:24-cv-07009-CBM-MAA<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  **10/28/2024**<br>Current response date: **12/18/2024**<br>New response date: **1/17/2025**<br><br>The Honorable Consuelo B. Marshall |

1        Plaintiff VPR BRANDS, LP ("VPR"), and Defendant FLUMGIO
2  TECHNOLOGY INC ("Flumgio") (collectively the "Parties"), by and through their
3  undersigned counsel, respectfully submit this joint stipulation and request an order
4  approving this stipulation and granting the Flumgio a 30-day extension of time to
5  respond to the August 19, 2024 complaint filed in this action (the "Complaint"), such
6  that the Flumgio's response to the Complaint will be due on or before **January 17,**
7  **2025.**
8        WHEREAS, Flumgio was served, via alternate service of process by e-mailing
9  a copy of the Summons and the Complaint on October 28, 2024 (ECF 15).
10       WHEREAS, the Parties filed the joint stipulation for Flumgio to answer the
11 complaint till December 18, 2024 (ECF 17).
12       WHEREAS, Flumgio requests an additional thirty (30) days to respond to
13 VPR's Complaint, up to and including **January 17, 2025.**
14       WHEREAS, this is the Parties' second stipulation for an extension of time for
15 Flumgio to respond to VPR's Complaint.
16       WHEREAS, the Parties have been actively and continuously engaged in
17 discussions concerning the underlying facts and potential settlement, there is good
18 cause to approve the joint stipulation and grant the requested extension. The
19 Stipulating Parties believe that extending the deadline for Flumgio's response will
20 facilitate further discussions and settlement efforts while ensuring the efficient
21 coordination of this action.
22       NOW THEREFORE, the Parties, through their respective undersigned counsel,
23 hereby stipulate and agree that Flumgio shall have until **January 17, 2025**, to respond
24 to the Complaint. For the foregoing reasons, the Parties respectfully request that this
25 Court issue an Order granting the requested extension.

DATED: December 17, 2024           Respectfully submitted,

| | |
|---|---|
| */s/ Matthew L. Rollin* | */s/ Hongchang Deng* |
| MATTHEW L. ROLLIN | HONGCHANG DENG |
| LAYLA T. NGUYEN | **SHM Law Firm** |
| **SRIPLAW, P.A.** | *Counsel for Defendant Flumgio* |
| *Counsel for Plaintiff VPR Brands LP* | *Technology Inc* |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Hongchang Deng*
HONGCHANG DENG