1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-07009-CBM-MAA<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served: **10/28/2024**<br>Current response date: **12/18/2024**<br>New response date: **1/17/2025**<br><br>The Honorable Consuelo B. Marshall |

  Plaintiff VPR BRANDS, LP ("VPR"), and Defendant FLUMGIO TECHNOLOGY INC ("Flumgio") filed a joint stipulation for an extension of time for the Flumgio to respond to August 19, 2024 complaint filed in this case (the "Complaint").

  Upon consideration of the joint stipulation, the Court finds there to be good cause to approve the joint stipulation and grant the extension. Accordingly, the Flumgio's response to the Complaint is now due on or before January 17, 2025.

  IT IS SO ORDERED.

DATED: December 18, 2024

                Consuelo B. Marshall
                United States District Judge