| | |
|---|---|
| Matthew L. Rollin (SBN 332631) **SRIPLAW, P.A.** 8730 Wilshire Boulevard Suite 350 Beverly Hills, California 90211 323.452.5600 – Telephone 561.404.4353 – Facsimile matthew.rollin@sriplaw.com | Hongchang Deng **SHM Law Firm** 25F, China Resources Tower 2666 Keyuan South Road, Nanshan Shenzhen, 518052, China M: +8618681567690 Deng.hongchang@shm.law *Counsel for Defendant Flumgio Technology Inc* |
| Layla T. Nguyen (admitted pro hac vice) **SRIPLAW, P.A.** 21301 Powerline Road, Suite 100 Boca Raton, Florida 33433 561.826.6924 – Telephone layla.nguyen@sriplaw.com | |

*Counsel for Plaintiff VPR Brands, LP*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>        Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>        Defendant. | Case No.: 2:24-cv-07009-CBM-MAA<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: **10/28/2024**<br>Current response date: **1/17/2025**<br>New response date: **1/31/2025**<br><br>The Honorable Consuelo B. Marshall |

1    Plaintiff VPR BRANDS, LP ("VPR"), and Defendant FLUMGIO
2    TECHNOLOGY INC ("Flumgio") (collectively the "Parties"), by and through their
3    undersigned counsel, respectfully submit this joint stipulation and request an order
4    approving this stipulation and granting the Flumgio a 30-day extension of time to
5    respond to the complaint filed in this action (the "Complaint"), such that the Flumgio'
6    s response to the Complaint will be due on or before **January 31, 2025.**
7    WHEREAS, Flumgio was served, via alternate service of process by e-mailing
8    a copy of the Summons and the Complaint on October 28, 2024 (ECF 15).
9    WHEREAS, the Parties filed the joint stipulation for Flumgio to extend the
10   answer of the complaint by no more than 30 days, December 18, 2024 (ECF 17).
11   WHEREAS, due to the ongoing substantive settlement discussions between the
12   parties, the Parties filed a joint stipulation requesting a second 30-day extension for
13   Flumgio to file an answer to the complaint, until January 17, 2025 (ECF 18), which
14   was granted by the Court (ECF 19).
15   WHEREAS, Flumgio requests an additional fourteen (14) days to respond to
16   VPR's Complaint, up to and including **January 31, 2025.**
17   WHEREAS, this is the Parties' third stipulation for an extension of time for
18   Flumgio to respond to VPR's Complaint, and the Parties anticipate that this may be
19   the final extension for Flumgio to respond to the August 19, 2024 Complaint.
20   WHEREAS, the Parties have been continuously engaged in discussions
21   concerning the underlying facts and potential settlement, and the Defendant requires
22   further understanding and investigation regarding certain disputed facts and technical
23   matters between the Parties, with some investigation results still pending. There is
24   good cause to approve the joint stipulation and grant the requested extension. The
25   Stipulating Parties believe that extending the deadline for Flumgio's response will
26   facilitate further discussions and settlement efforts while ensuring the efficient
27   coordination of this action.
28

NOW THEREFORE, the Parties, through their respective undersigned counsel, hereby stipulate and agree that Flumgio shall have until **January 31, 2025**, to respond to the Complaint. For the foregoing reasons, the Parties respectfully request that this Court issue an Order granting the requested extension.

DATED:  January 15, 2025              Respectfully submitted,

*/s/ Matthew L. Rollin*                    */s/ Hongchang Deng*
MATTHEW L. ROLLIN                  HONGCHANG DENG
LAYLA T. NGUYEN                      **SHM Law Firm**
**SRIPLAW, P.A.**                          *Counsel for Defendant Flumgio*
*Counsel for Plaintiff VPR Brands LP*   *Technology Inc*

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Hongchang Deng*
HONGCHANG DENG