1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-07009-CBM-MAA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served: **10/28/2024**<br>Current response date: **1/17/2025**<br>New response date: **1/31/2025**<br><br>The Honorable Consuelo B. Marshall |

1
2      Plaintiff VPR BRANDS, LP ("VPR"), and Defendant FLUMGIO
3  TECHNOLOGY INC ("Flumgio") filed a joint stipulation for an extension of time for
4  the Flumgio to respond to August 19, 2024 complaint filed in this case (the
5  "Complaint").
6      Upon consideration of the joint stipulation, the Court finds there to be good
7  cause to approve the joint stipulation and grant the extension. Accordingly, the
8  Flumgio's response to the Complaint is now due on or before January 31, 2025.
9      IT IS SO ORDERED.
10
11  DATED: _____    _____
12                                   Consuelo B. Marshall
                                     United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28