1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP, | Case No.: 2:24-cv-07009-CBM-MAA |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FLUMGIO TECHNOLOGY INC, | |
| Defendant. | |

The matter before the Court is Plaintiff VPR BRANDS, LP ("VPR") and Defendant FLUMGIO TECHNOLOGY INC ("Flumgio")'s joint stipulation for an extension of time for Flumgio to respond to the complaint filed in this case (the "Complaint").  The complaint was filed on August 19, 2024.  (Dkt. No. 1.)  Since then, the parties have stipulated to extend Flumgio's time to respond three times, including this latest stipulation.  (Dkt. Nos. 17, 18, 20.)  The Court hereby approves the parties' third stipulation to extend Flumgio's time to respond to the Complaint, to **January 31, 2025**.  However, the Court will not grant any further requests to extend the deadline for Flumgio's response unless the parties provide specific details establishing good cause for another extension.

**IT IS SO ORDERED**.

DATED:  January 16, 2025

Consuelo B. Marshall
United States District Judge