Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Layla T. Nguyen (*admitted pro hac vice*)
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.826.6924 – Telephone
layla.nguyen@sriplaw.com

*Counsel for Plaintiff*
*VPR Brands, LP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>Defendant. | CASE NO.: 2:24-cv-07009-CBM-MAA<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |

Plaintiff VPR BRANDS, LP ("VPR"), by and through its undersigned counsel, hereby Answers the Counterclaims filed by Defendant FLUMGIO TECHNOLOGY INC ("Flumgio") [DE 22] as follows:

1. No answer required

## THE PARTIES

2. Admit.

3. Admit.

## JURISDICTION AND VENUE

4. Admitted that there is a justiciable controversy between VPR Brands, LP and Flumgio with respect to the '622 Patent. Denied as to the remaining allegations within this paragraph. To the extent that any such allegations are not legal conclusion, VPR denies the same.

5. Admit.

6. Admit.

7. Admit.

## FACTUAL BACKGROUND

8. Admit that the '622 Patent is entitled "Electronic Cigarette" and that it describes in the abstract of the patent that it is "an electronic cigarette having two tubes that resemble a cigarette: an electronic inhaler and an electronic atomizer." Admit that the '622 Patent was issued on June 26, 2012. Denied as to any remaining allegations in this paragraph.

9. Admit.

10. Admit.

11. Denied.

12. Denied.

13. Admit that Claims 1, 12, 13, 16 and 17 are the only independent claims of the '622 Patent. Denied as to the remaining allegations within this paragraph.

14. Admit.

15. Denied.

16. Denied.

17. Denied.

18. Admit.

19. Admit.

20. Admit.

21. Denied.

22. Admit.

23. Denied.

24. Admit.

25. Denied.

26. Denied.

27. Denied.

28. Admitted that the *specific* negative airflow sensors disclosed in the prior art references cited in Patent Office proceedings are not within the scope of the "electric air flow sensor" of Claim 13.

3

29. Denied.

30. Denied.

## COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 8,205,622

31. Plaintiff repeats and realleges its Responses to paragraphs 1 through 30 hereof, as if fully set forth herein.

32. Denied.

33. Denied.

34. Admitted that there is a justiciable controversy between VPR and Flumgio with respect to the '622 Patent. Denied as to the remaining allegations within this paragraph. To the extent that any such allegations are not legal conclusion, VPR denies the same.

## PRAYER FOR RELIEF

35. To the extent that an answer is required to Flumgio Technology Inc's Prayer for Relief, VPR Brands LP denies all allegations contained in same.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE: FAILURE TO STATE A CLAIM

For VPR's first affirmative defense, it alleges that the Counterclaim-Plaintiff Flumgio fails to state a claim upon which relief may be granted. Among other reasons, as to Flumgio's Counterclaim for declaratory judgment of non-infringement of the '622 Patent, Flumgio fails to allege facts sufficient to state a plausible claim that the

Accused Product do not practice each element of the asserted Claims of the '622 Patent.

**RESERVATION OF AFFIRMATIVE DEFENSES**

VPR hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become apparent during discovery in this action and hereby reserves its right to amend its Answer to the Counterclaim to assert such defenses.

DATED: February 21, 2025         Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
LAYLA T. NGUYEN
**SRIPLAW, P.A.**
*Counsel for Plaintiff VPR Brands, LP*