Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Layla T. Nguyen (*admitted pro hac vice*)
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.826.6924 – Telephone
layla.nguyen@sriplaw.com

*Counsel for Plaintiff*
*VPR Brands, LP*

Hongchang Deng (SBN 354529)
**SHM LAW FIRM**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518042, China
+86 18681567690 – Telephone
Deng.hongchang@smh.law

Hua Chen (SBN 241831)
**SCIENBIZIP, P.C.**
550 South Hope Street, Suite 2825
Los Angeles, California 90071
213.426.1771 – Telephone
213.426.1788 – Facsimile

*Counsel for Defendant*
*Flumgio Technology Inc*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>    Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>    Defendant. | CASE NO.: 2:24-cv-07009-CBM<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TO APPEAR REMOTELY**<br><br>Honorable Consuelo B. Marshall<br><br>Original Date:  April 8, 2025 - 10:00am<br>Proposed Date:  April 29, 2025 - 10:00am |

1

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW**

Plaintiff VPR BRANDS, LP ("VPR") and Defendant FLUMGIO TECHNOLOGY INC ("Flumgio"), by and through their undersigned counsel, hereby stipulate and agree states as follows:

WHEREAS, the Court set the Initial Scheduling Conference for April 8, 2025 at 10:00 A.M. (ECF 23);

WHEREAS, Matthew L. Rollin, counsel for VPR will be out of the country on a pre-planned vacation and will not return until April 10, 2025; therefore, will not be able to attend the scheduling conference;

WHEREAS, VPR has advocated that Mr. Rollin be in attendance for the scheduling conference;

WHEREAS, VPR's counsel contacted Flumgio's counsel on March 20, 2025 and requested a continuance of the scheduling conference:

WHEREAS, the parties request that the scheduling conference be continued to April 29, 2025 or the next available date for the Court, and that the proposed discovery plan be filed by April 22, 2025, or 7 days before the scheduling conference;

WHEREAS, the parties shall in the interim discuss resolution of this matter;

WHEREAS, this request is not made for delay;

WHEREAS, this will not delay nor have any effect on the schedule in this case; and

WEHREAS, this is the parties' first request for a continuance of the scheduling conference;

WHEREAS, lead counsel for VPR, Layla Nguyen, resides in Florida and lead counsel for Flumgio resides in China, and for cost and efficiency, the scheduling conference be conducted through video or telephonic conference, at the Court's discretion; and

WHEREAS, counsel for VPR conferred with counsel for Flumgio regarding the request to appear remotely at the scheduling conference on March 21, 2025, and counsel for Flumgio consents.

STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL
SCHEDULING CONFERENCE AND TO APPEAR REMOTELY                    CASE NO.: 2:24-CV-07009-CBM

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

IT IS HEREBY STIPULATED AND AGREED that the Initial Scheduling Conference be continued to April 29, 2025, or the next date available to the Court, that the proposed discovery plan be filed seven (7) days before the Initial Scheduling Conference, and that the Initial Scheduling Conference be conducted remotely through video or telephonic conference, at the Court's discretion.

DATED:  March 24, 2025                    Respectfully submitted,

/s/ Layla T. Nguyen                          /s/ Hongchang Deng
MATTHEW L. ROLLIN                    HONGCHANG DENG
LAYLA T. NGUYEN                          **SHM LAW FIRM**
**SRIPLAW, P.A.**                            HUA CHEN
*Counsel for Plaintiff VPR Brands, LP*   **SCIENBIZIP, P.C.**
                                                         *Counsel for Defendant Flumgio Technology Inc*

**SO ORDERED:**  The Initial Case Management Conference is hereby continued to _____, the proposed discovery plan shall be filed not later than _____, and the conference shall be conducted remotely via _____.

DATED:

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

3

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW**