1  Matthew L. Rollin (SBN 332631)
2  **SRIPLAW, P.A.**
   8730 Wilshire Boulevard, Suite 350
3  Beverly Hills, California 90211
4  323.452.5600 – Telephone
   561.404.4353 – Facsimile
5  matthew.rollin@sriplaw.com

6

7  Layla T. Nguyen (*admitted pro hac vice*)
   **SRIPLAW, P.A.**
8  21301 Powerline Road, Suite 100
9  Boca Raton, Florida 33433
   561.826.6924 – Telephone
10 layla.nguyen@sriplaw.com

11

12 *Counsel for Plaintiff*
   *VPR Brands, LP*

13

14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| VPR BRANDS, LP, | CASE NO.: 2:24-cv-07009-CBM |
|---|---|
| Plaintiff, | **NOTICE OF LODGING** |
| v. | Honorable Consuelo B. Marshall |
| FLUMGIO TECHNOLOGY INC, | |
| Defendant. | |

   PLEASE TAKE NOTICE THAT Plaintiff VPR BRANDS LP hereby lodges proposed order Exhibit 1 to the parties' Stipulation to Continue Initial Scheduling

1

Conference And To Appear Remotely [ECF 25], which was inadvertently omitted during initial filing.

DATED: March 25, 2025

Respectfully submitted,

*/s/ MATTHEW L. ROLLIN*
MATTHEW L. ROLLIN
LAYLA T. NGUYEN
**SRIPLAW, P.A.**
*Counsel for Plaintiff VPR Brands, LP*