| | |
|---|---|
| Matthew L. Rollin (SBN 332631) | Hongchang Deng (SBN 354529) |
| **SRIPLAW, P.A.** | **SHM LAW FIRM** |
| 8730 Wilshire Boulevard, Suite 350 | 25F, China Resources Tower |
| Beverly Hills, California 90211 | 2666 Keyuan South Road, Nanshan |
| 323.452.5600 – Telephone | Shenzhen, 518042, China |
| 561.404.4353 – Facsimile | +86 18681567690 – Telephone |
| matthew.rollin@sriplaw.com | Deng.hongchang@smh.law |
| | |
| Layla T. Nguyen (*admitted pro hac vice*) | Hua Chen (SBN 241831) |
| **SRIPLAW, P.A.** | **SCIENBIZIP, P.C.** |
| 21301 Powerline Road, Suite 100 | 550 South Hope Street, Suite 2825 |
| Boca Raton, Florida 33433 | Los Angeles, California 90071 |
| 561.826.6924 – Telephone | 213.426.1771 – Telephone |
| layla.nguyen@sriplaw.com | 213.426.1788 – Facsimile |

*Counsel for Plaintiff*  
*VPR Brands, LP*

*Counsel for Defendant*  
*Flumgio Technology Inc*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP, | CASE NO.: 2:24-cv-07009-CBM |
| Plaintiff, | **PROPOSED ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TO APPEAR REMOTELY** |
| v. | |
| FLUMGIO TECHNOLOGY INC, | |
| Defendant. | Honorable Consuelo B. Marshall |
| | Original Date: April 8, 2025 - 10:00am |
| | Proposed Date: April 29, 2025 - 10:00am |

1

PROPOSED ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TO APPEAR REMOTELY      CASE NO.: 2:24-CV-07009-CBM

1  Before the Court is the Parties' Joint Stipulation to Continue Initial Scheduling
2  Conference and to appear remotely. The Court, having considered the stipulation and
3
4  having found good cause, therefore hereby GRANTS the joint stipulation. The Initial
5  Case Management Conference is hereby continued to _____, the
6
7  proposed discovery plan shall be filed not later than _____, and
8  the conference shall be conducted remotely via _____.
9
10
11  IT IS SO ORDERED.
12
13  DATED:
14
15  _____
16  HONORABLE CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2

PROPOSED ORDER GRANTING STIPULATION TO CONTINUE INITIAL
SCHEDULING CONFERENCE AND TO APPEAR REMOTELY                    CASE NO.: 2:24-CV-07009-CBM

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS