UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP, <br><br> Plaintiff, <br><br> v. <br><br> FLUMGIO TECHNOLOGY INC, <br><br> Defendant. | CASE NO.: 2:24-cv-07009-CBM <br><br> **ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TO APPEAR REMOTELY** <br><br> Honorable Consuelo B. Marshall <br><br> Original Date: April 8, 2025 - 10:00am <br> Proposed Date: April 29, 2025 - 10:00am |

1

Before the Court is the Parties' Joint Stipulation to Continue Initial Scheduling Conference and to appear remotely. The Court, having considered the stipulation and having found good cause, therefore hereby GRANTS the joint stipulation. The Initial Case Management Conference is hereby continued to April 29, 2025, the proposed discovery plan shall be filed not later than April 22, 2025, and the conference shall be conducted remotely via videoconference.

IT IS SO ORDERED.

DATED: March 25, 2025

                                    HONORABLE CONSUELO B. MARSHALL
                                    UNITED STATES DISTRICT JUDGE