UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 24-07009-CBM (MAAx) | Date | April 24, 2025 |
|---|---|---|---|
| Title | VPR Brands, LP v. Flumgio Technology Inc. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**      **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court has reviewed the Joint Rule 26(f) Report. The Scheduling Conference set for hearing on April 29, 2025 is VACATED and the following schedule is set.

Fact discovery completion date: March 20, 2026

Initial Expert disclosure date: April 20, 2026

Rebuttal expert disclosure date: May 20, 2026

Expert discovery completion date: June 5, 2026

Settlement conference to be held on or before:  June 20, 2026

Motions to be set for hearing on or before: July 21, 2026 at 10:00 a.m.

Pre Trial Conference is set on: August 25, 2026 at 2:30 p.m.

Jury Trial is set on: September 29, 2026 at 10:00 a.m. (est. 5 days)

Claim Construction Hearing is set on: October 21, 2025 at 10:00 a.m.

:

Initials of Preparer         VRV