Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*VPR Brands, LP*

Hongchang Deng (SBM 354529)
Deng.hongchang@shm.law
**SHM LAW FIRM**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
Telephone: +86 18681567690

Hua Chen (SBN 241831)
huachen@scienbizippc.com
**ScienBiziP, P.C.**
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Facsimile: (213) 426-1788

*Counsel for Defendant Flumgio*
*Technology Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPR BRANDS, LP,<br><br>              Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>              Defendant. | CASE NO.: 2:24-cv-07009-CBM-MAA<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Plaintiff VPR BRANDS, LP and Defendant FLUMGIO TECHNOLOGY INC, by and through their undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notify the Court that the parties have reached a settlement, and requests until May 31, 2025 in which to file a Stipulation of Dismissal.

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

**SRIPLAW**

1 | DATED:  May 6, 2025                    Respectfully submitted,

2

3 | */s/Matthew L. Rollin*                     */s/ Hongchang Deng*

4 | MATTHEW L. ROLLIN                    Hongchang Deng (Cal. Bar No. 354529)

5 | LAYLA T. NGUYEN (pro hac vice)    Deng.hongchang@shm.law

**SRIPLAW, P.A.**                            **SHM LAW FIRM**

6 | *Counsel for Plaintiff VPR BRANDS,*    25F, China Resources Tower

7 | *LP*                                             2666 Keyuan South Road, Nanshan

Shenzhen, 518052, China

8 | Telephone: +86 18681567690

9 | *Counsel for Defendant Flumgio*

*Technology Inc*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

2