UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-07009-CBM-MAA | Date | May 7, 2025 |
| Title | VPR Brands, LP v. Flumgio Technology Inc. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed May 6, 2025, indicating that the case has settled in its entirety, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

No later than **May 31, 2025,** the parties shall file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or a judgment. Failure to timely file a stipulation and order for dismissal, a notice of voluntary dismissal, or a judgment shall result in the dismissal of this action.

All pending hearing dates are now vacated.

**IT IS SO ORDERED.**

cc: all parties