UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:24-cv-07009-CBM-MAA |
| Date | June 6, 2025 |
| Title | *VPR Brands, LP v. Flumgio Technology Inc.* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DISMISSAL OF ACTION**

On May 7, 2025, the Court issued an order directing the parties to file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal, or a judgment in this action by no later than May 31, 2025, in light of the parties' notice of settlement.  (Dkt. No. 31.)  The Court noted that failure to timely file for dismissal "shall result in the dismissal of this action."  (*Id*.)  To date, the parties have not complied with the Court's order. Accordingly, this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**