Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*VPR Brands, LP*

Hongchang Deng (SBM 354529)
Deng.hongchang@shm.law
**SHM LAW FIRM**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
Telephone: +86 18681567690

Hua Chen (SBN 241831)
huachen@scienbizippc.com
**ScienBiziP, P.C.**
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Facsimile: (213) 426-1788

*Counsel for Defendant Flumgio Technology Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP, <br><br> Plaintiff, <br><br> v. <br><br> FLUMGIO TECHNOLOGY INC, <br><br> Defendant. | Case No.: 2:24-cv-07009 <br><br> **STIPULATION OF DISMISSAL** <br><br> The Honorable Consuelo B. Marshall |

  Plaintiff VPR BRANDS, LP and Defendant FLUMGIO TECHNOLOGY INC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the to the entry of an order dismissing VPR BRANDS LP's claims

with prejudice and dismissing FLUMGIO TECHNOLOGY INC's counterclaims without prejudice. Each party will bear its own costs, attorneys' fees and expenses.

DATED: June 09, 2025          Respectfully submitted,

| /s/Matthew L. Rollin | /s/ Hongchang Deng |
|---|---|
| MATTHEW L. ROLLIN | Hongchang Deng (Cal. Bar No. 354529) |
| LAYLA T. NGUYEN (pro hac vice) | Deng.hongchang@shm.law |
| **SRIPLAW, P.A.** | **SHM LAW FIRM** |
| *Counsel for Plaintiff VPR BRANDS, LP* | 25F, China Resources Tower |
| | 2666 Keyuan South Road, Nanshan |
| | Shenzhen, 518052, China |
| | Telephone: +86 18681567690 |
| | *Counsel for Defendant Flumgio Technology Inc* |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Matthew L. Rollin
MATTHEW L. ROLLIN