AO 120 (Rev. 08/10)

| To:<br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN ACTION**<br>**REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or   ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-07009 CBM | DATE FILED<br>8/19/2024 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>VPR Brands, LP | | DEFENDANT<br>Flumgio Technology Inc |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,205,622 | 6/26/2012 | VPR Brands, LP |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation to Dismiss Case filed 6/9/2025. |

| CLERK<br>Brian Karth | (BY) DEPUTY CLERK<br>Evelyn Synagogue | DATE<br>6/9/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director.      **Copy 2**—Upon filing document adding patent(s), mail this copy to Director.
**Copy 3**—Upon termination of action, mail this copy to Director.      **Copy 4**—Case file copy.

Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*VPR Brands, LP*

Hongchang Deng (SBM 354529)
Deng.hongchang@shm.law
**SHM LAW FIRM**
25F, China Resources Tower
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
Telephone: +86 18681567690

Hua Chen (SBN 241831)
huachen@scienbizippc.com
**ScienBiziP, P.C.**
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Facsimile: (213) 426-1788

*Counsel for Defendant Flumgio*
*Technology Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VPR BRANDS, LP,<br><br>    Plaintiff,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC,<br><br>    Defendant. | Case No.: 2:24-cv-07009<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Consuelo B. Marshall |

   Plaintiff VPR BRANDS, LP and Defendant FLUMGIO TECHNOLOGY INC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the to the entry of an order dismissing VPR BRANDS LP's claims

with prejudice and dismissing FLUMGIO TECHNOLOGY INC's counterclaims without prejudice. Each party will bear its own costs, attorneys' fees and expenses.

DATED: June 09, 2025                    Respectfully submitted,

| /s/Matthew L. Rollin | /s/ Hongchang Deng |
|---|---|
| MATTHEW L. ROLLIN | Hongchang Deng (Cal. Bar No. 354529) |
| LAYLA T. NGUYEN (pro hac vice) | Deng.hongchang@shm.law |
| **SRIPLAW, P.A.** | **SHM LAW FIRM** |
| *Counsel for Plaintiff VPR BRANDS, LP* | 25F, China Resources Tower |
| | 2666 Keyuan South Road, Nanshan |
| | Shenzhen, 518052, China |
| | Telephone: +86 18681567690 |
| | *Counsel for Defendant Flumgio Technology Inc* |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Matthew L. Rollin
MATTHEW L. ROLLIN